IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00568-BNB

ROBERT P. FRY,

    Applicant,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 - 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On March 28, 2006, Applicant filed a Motion to Amend Application for Writ of Habeas Corpus. The Motion is DENIED as moot. Mr. Fry filed an Amended Application on April 17, 2006.

Dated: May 3, 2006

Copies of this Minute Order mailed on May 3, 2006, to the following:

Robert P. Fry
Reg. No. 110724
Limon Correctional Facility - Unit 6-B
49030 State Hwy. 71
Limon, CO 80826

                Secretary/Deputy Clerk