**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Wiley Y. Daniel

Civil Action No. 06-cv-00568-WYD-BNB

ROBERT P. FRY,

    Applicant,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**ORDER DIRECTING APPLICANT TO FILE A NEW MOTION TO AMEND AND
AN AMENDED APPLICATION ON A COURT-APPROVED FORM**

On June 28, 2006, Applicant filed a "Motion to Amend Habeas Application to Delete the Unexhausted Claim No. (3) 'Double Jeopardy' Pursuant to Fed. Rules Crim. P. 15(A), and Motion for Enlargement of Time to Submit Traverse." Mr. Fry's Motions will be denied.

An amended application supersedes the original application. *See Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Fogarty,* 705 F.2d 676 (2d Cir.1983); *London v. Coopers & Lybrand,* 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). Therefore, Applicant is directed to file a new completed Court-approved 28 U.S.C. § 2254 application form that includes only the claims he now desires to present to this Court in the instant action.

Applicant's request for an enlargement of time to file a traverse is premature. Respondents first will have an opportunity to file an answer to Mr. Fry's Amended Application prior to Applicant filing a traverse. Accordingly, it is

ORDERED that Applicant's Motion to Amend and his Motion for Enlargement of Time to Submit Traverse, both filed June 28, 2006, are **DENIED**. It is

FURTHER ORDERED that Applicant file a new Motion to Amend along with a properly tendered Amended Application as noted above, **within thirty (30) days from the date of this Order**. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this Order, two copies of the Court-approved form used in filing 28 U.S.C. § 2254 actions. It is

FURTHER ORDERED that if Applicant fails to properly amend the Application, **within thirty (30) days from the date of this Order**, the Court will proceed to review the merits of Applicant's April 17, 2006, Application in conjunction with Respondents' Answer filed June 5, 2006.

Dated: July 27, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge