**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Wiley Y. Daniel

Civil Action No. 06-cv-00568-WYD-BNB

ROBERT P. FRY,

    Applicant,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**ORDER**

---

On August 21, 2006, Applicant filed a "Motion to Amend Habeas Application to Delete the Unexhausted Claim No. (3) (B) . . . ." Respondents are directed to respond to the Motion within twenty days of the date of the Motion. Applicant is directed to file a reply within fifteen days of the date of the Response if he so desires.

As for Applicant's request for appointment of counsel and for an evidentiary hearing, the requests will be denied as premature. Accordingly, it is

ORDERED that Respondents shall respond to Applicant's Motion to Amend within twenty days of the date of the Motion. It is

FURTHER ORDERED that Applicant shall reply to the Response within fifteen days of the date of the Response if he so desires. It is

FURTHER ORDERED that Applicant's request for appointment of counsel and for evidentiary hearing are denied as premature.

Dated: August 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge