IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-00568-WYD-BNB

ROBERT P. FRY,

    Applicant,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

Applicant Robert P. Fry is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Limon, Colorado, Correctional Facility. Mr. Fry has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents have filed an Answer to which Applicant has replied.

I find that the state court record may be necessary for the resolution of this action. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide this Court with a full and complete record. Respondents must include transcripts and pleadings filed in both the trial court and the appellate courts in postconviction proceedings. Accordingly, it is

ORDERED that Respondents shall provide to this Court **within twenty days from the date of the instant Order** the proper record of the state-court proceedings in Case No. 01-CR-352, including Applicant's Colo. R. Crim. P. 35(c) proceedings.  It is

FURTHER ORDERED that the Clerk's Office of the Arapahoe County District Court and the Colorado State Archives produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court.  It is

FURTHER ORDERED that the Clerk of this Court send a copy of this Order to both parties and to the District Court Clerk for Arapahoe County, 7325 S. Potomac St., Centennial, CO 80112.

Dated:  March 28, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge