IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-00568-WYD-BNB

ROBERT P. FRY,

    Applicant,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER

On June 4, 2007, Applicant filed a "Motion to Supplement Evidence in Support of Habeas Application Pursuant to F.R.E. 201." Respondents are directed to respond to the Motion within twenty days of the date of the Motion. Applicant is directed to file a reply within fifteen days of the date of the Response if he so desires. Accordingly, it is

ORDERED that Respondents shall respond to Applicant's Motion, filed June 4, 2007, within twenty days of the date of the Motion. It is

FURTHER ORDERED that Applicant shall reply to the Response within fifteen days of the date of the Response if he so desires.

Dated: June 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge